# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00016-PAB-SKC

CHARLES CONNER, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

SENDGRID, INC.,
WARREN ADELMAN,
AJAY AGARWAL,
FRED BALL,
BYRON DEETER,
SAMEER DHOLAKIA,
ANNE RAIMONDI,
HILARY SCHNEIDER, and
SRI VISWANATH,

    Defendants.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

---

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Charles Conner ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 11, 2019                  **WEISSLAW LLP**

                                            By: */s/* Richard A. Acocelli
                                            Richard A. Acocelli
                                            1500 Broadway, 16th Floor
                                            New York, NY 10036
                                            Telephone: (212) 682-3025

Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: fortunato@bespc.com